

# Fourth Court of Appeals
## San Antonio, Texas

September 16, 2015

No. 04-15-00207-CR

Jessica G. **CASTILLO**,
Appellant

v.

The **STATE** of Texas,
Appellee

From the County Court at Law No. 4, Bexar County, Texas
Trial Court No. 458109
Jason Garrahan, Judge Presiding

## ORDER

The State's Motion for Extension of Time to File the Brief has been GRANTED.  Time is extended to October 16, 2015.

**PER CURIAM**

ATTESTED TO: _____
KEITH E. HOTTLE
CLERK OF COURT

cc:       Daniel De La Garza                    Andrew Warthen
          1800 McCullough                       Paul Elizondo Tower
          San Antonio, TX 78212                 101 W. Nueva St.
                                                San Antonio, TX 78205